NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PPC BROADBAND, INC.,**
*Appellant*

v.

**CORNING OPTICAL COMMUNICATIONS RF, LLC,**
*Appellee*

---

2017-1362, -1363, -1364

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00340, IPR2013-00345, and IPR2013-00346.

---

**O R D E R**

The above-captioned appeals appear to be related.

We consolidate the appeals, and thus one set of briefs should be filed for the three appeals.

Accordingly,

IT IS ORDERED THAT:

The appeals are consolidated. The revised official caption is reflected above. The certified lists are due no later than January 24, 2017.

2     PPC BROADBAND, INC. v. CORNING OPTICAL COMMUNICATION

FOR THE COURT

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

s26